In re Brown, Bernis T.; — Plaintiff; applying for supervisory and/or remedial writs, Parish of Jefferson, 24th Judicial District Court Div. K, Nos. 90-3893, 90-3893; to the Court of Appeal, Fifth Circuit, No. 99-KH-0508.
Denied. See State v. Gedric, 99-1213 (La.App. 1st Cir.6/3/99), 741 So.2d 849, writ denied, 99-1830 (La.11/5/99), 751 So.2d 239; La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
VICTORY, J., not on panel.